MURIEL B. KAPLAN, ESQ. (Bar No. 124607)
MICHELE R. STAFFORD, ESQ. (Bar No. 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA  94l05
Telephone:     (4l5)  882-7900
Facsimile:      (415) 882-9287
email@sjlawcorp.com

Attorneys for Plaintiffs,
NORTHERN CALIFORNIA GLAZIERS,
et al. PENSION PLAN, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>PACIFIC GLASS AND ALUMINUM, INC.,<br><br>         Defendant.<br>_____/ | CASE NO.: C 06-1734 MMC<br><br>**PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER THEREON** |

Plaintiffs submit the following Request for Continuance of the Case Management Conference currently scheduled for June 9, 2006, at 10:30 a.m.:

1.   The parties are negotiating to resolve this matter, and anticipate entering into a Judgment Pursuant to Stipulation within the next week.

2.   Plaintiffs suggest a continuance of a minimum of thirty days.

                                                                     Respectfully submitted,

Dated: June 2, 2006                                       SALTZMAN & JOHNSON LAW CORPORATION


                                                                     By:    _____/s/_____
                                                                              Muriel B. Kaplan
                                                                              Attorneys for Plaintiffs

## ORDER

1
2
3    The Case Management Conference scheduled in this matter for June 9, 2006, at 10:30 a.m.
4 is hereby continued to July 14, 2006, at 10:30 a.m.   A Joint Case Management Statement shall be
5 filed no later than July 7, 2006.
6    Plaintiffs are hereby ordered to serve defendant with a copy of this order.
7    IT IS SO ORDERED.
8
9 Dated: June 2, 2006                                                   _____
10                                                                                          UNITED STATES DISTRICT COURT JUDGE