MURIEL B. KAPLAN, ESQ. (Bar No. 124607)
MICHELE R. STAFFORD, ESQ. (Bar No. 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA  94l05
Telephone:     (4l5)  882-7900
Facsimile:      (415) 882-9287
email@sjlawcorp.com

Attorneys for Plaintiffs,
NORTHERN CALIFORNIA GLAZIERS,
et al. PENSION PLAN, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al., | CASE NO.: C 06-1734 MMC |
| Plaintiffs, | **PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER THEREON** |
| v. | |
| PACIFIC GLASS AND ALUMINUM, INC., | |
| Defendant | |

Plaintiffs submit the following Request for Continuance of the Case Management Conference currently scheduled for July 14, 2006, at 10:30 a.m.:

1.      The parties agreed to enter into a Judgment Pursuant to Stipulation.

2.      That Stipulation has still not been signed and returned to plaintiffs, despite recent notice to defendant to do so.

3.      Default was entered on June 12, 2006. Unless the Stipulation is promptly received, plaintiffs will be filing a Motion for Default Judgment.

///

///

///

4.     Plaintiffs therefore request a continuance of 30 days for the Case Management Conference prior to which they anticipate filing either a Judgment Pursuant to Stipulation, or a Motion for Default Judgment.

Respectfully submitted,

Dated: July 7, 2006                    SALTZMAN & JOHNSON LAW CORPORATION


By:  _____/s/_____
                              Muriel B. Kaplan
                              Attorneys for Plaintiffs

### **ORDER**

The Case Management Conference scheduled in this matter for July 14, 2006, at 10:30 a.m. is hereby continued to August 18, 2006 at 10:30 a.m. A Joint Case Management Statement shall be filed no later than August 11, 2006.

Plaintiffs are hereby ordered to serve defendant with a copy of this order no later than July 12, 2006, and to file proof of such service no later than July 14, 2006.

IT IS SO ORDERED.


Dated: July 7, 2006                    _____
                                       UNITED STATES DISTRICT COURT JUDGE

**PLAINTIFFS' REQUEST FOR CONTINUANCE OF CMC; AND PROPOSED ORDER**
**Case No.:  C 06-1734 MMC**

C:\Documents and Settings\usdc\Local Settings\Temp\notes56FD74\CMC Continuance 070706.wpd